LORRAINE L. McCORD, APPELLANT, V. JAMES G. McCORD, APPELLEE.

FILED MAY 29, 1930. No. 27100.

*Brogan, Ellick & Raymond* and *George S. Wright,* for appellant.

*Gaines, McGilton, Van Orsdel & Gaines, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD and EBERLY, JJ., and JAMES and WRIGHT, District Judges.

PER CURIAM.

Plaintiff brought this action in the district court for Douglas county seeking a divorce from defendant on the grounds of extreme cruelty. The trial court granted a decree of divorce and gave plaintiff as alimony certain jewelry and household goods, $2,900 in cash and the sum of $200 a month during the life of defendant or until plaintiff should remarry. Plaintiff was also allowed an attorney fee of $2,500. On appeal plaintiff complains only of the allowance of alimony.

We have carefully examined the entire record and conclude that the judgment of the district court should be modified by increasing the amount of alimony from $200 a month to $375 a month, and that an additional sum of $1,000 should be allowed as attorney fees, making a total allowance of $3,500 for services of plaintiff's attorneys in both district and supreme courts. In all other respects the judgment of the district court is affirmed.

AFFIRMED AS MODIFIED.